FILED
9/8/2015 4:48:58 PM
Donna Kay McKinney
Bexar County District Clerk
Accepted By: Consuelo Gomez

CAUSE NO. 2014-CI-13633

| | | |
|---|---|---|
| **Helen Arlene Owen, on behalf of all Wrongful Death Beneficiaries and Heirs of Lily Mines, Deceased** | § § § § | **IN THE DISTRICT COURT** |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
09/9/2015 8:34:04 AM
KEITH E. HOTTLE
Clerk

**Helen Arlene Owen, on behalf of all Wrongful Death Beneficiaries and Heirs of Lily Mines, Deceased** §§§§

**Helen Bomar, as Wrongful Death Beneficiary and on Behalf of the Estate of Frank Bomar, Deceased** §§§

**Trinidad Virginia Luna Rangel and Ted Richard Luna, as all Wrongful Death Beneficiaries and Heirs of Trinidad Luna, Deceased** §§§§

**Carrie Lopez, on behalf of all Wrongful Death Beneficiaries and Heirs of Porfirio Ramirez, Deceased** §§§§    **45th JUDICIAL DISTRICT**

**Sandra Mata, on Behalf of All Wrongful Death and Beneficiaries and Heirs of Juanita Trinidad, Deceased** §§§§

**Carmen Perez, as Wrongful Death Beneficiary and on Behalf of the Estate of Sally Perez, Deceased** §§§

**Reginald Bateman, as Wrongful Death Beneficiary And Heir of Doris Lewis, Deceased** §§§

**Orlando Cisneros, as Wrongful Death Beneficiary And on Behalf of the Estate of Lolie Cisneros, Deceased** §§§§§

    *Plaintiffs* §§
**vs.** §§

**Specialty Select Care Center of San Antonio, L.L.C. d/b/a Casa Rio Healthcare and Rehabilitation,** §§§§

    *Defendant* §    **BEXAR COUNTY, TEXAS**

DEFENDANT'S NOTICE OF APPEAL

COMES NOW, Defendant Specialty Select Care Center of San Antonio, LLC, d/b/a Casa Rio Healthcare and Rehabilitation ("**Defendant**" or "**Casa Rio**"), and timely files this Notice of

Appeal pursuant to Rule 25.1 of the Texas Rules of Appellate Procedure and, in support thereof, respectfully shows the Court as follows:

**I.**

Defendant Casa Rio appeals from the cause styled, *Helen Arlene Owen, et al., v. Specialty Select Care Center of San Antonio, LLC, d/b/a Casa Rio Healthcare and Rehabilitation*, and having cause number 2014-CI-13633 in the 45th District Court of Bexar County, Texas, Honorable Judge David Canales presiding.

**II.**

Casa Rio appeals the Trial Court's *Order Denying Specialty Select Care Center of San Antonio, LLC, d/b/a Casa Rio Healthcare and Rehabilitation's Motion to Compel Arbitration and Abate*, which was signed on August 19, 2015. No party has filed a motion for new trial or other motion extending the appellate deadline.

**III.**

Casa Rio desires to appeal and hereby invokes the Appellate Court's jurisdiction over all parties. TEX. R. APP. P. 25.1(b); TEX. CIV. PRAC. & REM. CODE § 51.016; 9 U.S.C.A. § 1; *Cotton Commercial USA, Inc. v. Clear Creek Indep. Sch. Dist.*, 387 S.W.3d 99 (Tex. App. – Houston [14th Dist.] 2012, no pet.) (Interlocutory appeal of trial court's denial of motion to compel arbitration is available regardless of whether motion relied on Texas General Arbitration Act (TAA) or Federal Arbitration Act (FAA)).

**IV.**

This appeal is to the Honorable Court of Appeals for the 4th District of Texas at San Antonio.

**V.**

Because this is an interlocutory, accelerated appeal under TEX. CIV. PRAC. & REM. CODE §51.016, this Notice of Appeal has been filed within twenty days of the Trial Court's *Order Denying Specialty Select Care Center of San Antonio, LLC, d/b/a Casa Rio Healthcare and Rehabilitation's Motion to Compel Arbitration and Abate* and is therefore timely. TEX. R. APP. P. 26.1.

Respectfully submitted,

**SULLIVAN & COOK, LLC**

/s/     Jeffrey Cook
Jeffrey Cook
State Bar No. 04734495
jcook@sullivancook.com
Adam Barela
State Bar. No. 24027138
abarela@sullivancook.com
600 E. Las Colinas Boulevard
Suite 1300
Irving, Texas 75039
Telephone:  (214) 520-7494
Facsimile:   (214) 528-6925

-And-

Carl J. Kolb
State Bar Number 11660480
Jeffrey L. Stewart
State Bar No. 19211150
**CARL J. KOLB, P.C.**
926 Chulie Drive
San Antonio, Texas  78216
Telephone: 210/225-6666
Telecopier: 210/225-2300
carl@carlkolblaw.com
jeff@carlkolblaw.com

-And-

Elizabeth Conry Davidson
Attorney at Law
926 Chulie Drive
San Antonio, Texas 78216
(210) 380-4899 telephone
(210) 225-2300 facsimile
conrydavidson@gmail.com

ATTORNEYS FOR DEFENDANT
SPECIALTY SELECT CARE CENTER OF SAN ANTONIO,
L.L.C. D/B/A CASA RIO HEALTHCARE AND
REHABILITATION

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing document was sent to all counsel of record on this 8th day of September, 2015, as indicated below.

**Via Facsimile**
Marynell Maloney
Michelle Maloney
Byron Miller
Gavin McInnis
Marynell Maloney Law Firm, PLLC
115 East Travis St., 18th Floor
San Antonio, Texas 78205

<u>    /s/     Jeffrey Cook</u>